**Michael R. RAY, a/k/a Michael Robert Ray, Plaintiff—Appellant,**

v.

**Johnny SIMON, ISM Supervisor FCI Estill; Matthew B. Hamidullah, Former Warden FCI Estill; Roy Lathrop, Paralegal SC Consolidated Legal Center FBOP; Kerry L. Menchen, Deputy Attorney General State of New Jersey; Thomas J. Mulvaney, Investigator #909 State of New Jersey; Kenneth E. Crane, Investigator #1689 State of New Jersey; Ritchie King, Investigator #1276 State of New Jersey; Nina Muse, Acting Detainer Administrator State of New Jersey; Arnita Jones, Inmate Systems Manager FCI Estill; Warden, FCI–Estill, Defendants—Appellees.**

No. 09–6047.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 30, 2009.

Decided: Aug. 4, 2009.

Michael R. Ray, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina; Keith S. Massey, Jr., Office of the New Jersey Attorney General, Trenton, New Jersey, for Appellees.

Before MOTZ, KING, and DUNCAN, Circuit Judges.

* *See Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael R. Ray appeals from the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2006) petition in which he alleged claims pursuant to 42 U.S.C. § 1983/ *Bivens.* * We have reviewed the record and find no reversible error. Accordingly, we affirm the order of the district court. *See Ray v. Simon,* No. 4:07–cv–01143–TLW, 2008 WL 5412067 (D.S.C. Dec. 24, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

S.Ct. 1999, 29 L.Ed.2d 619 (1971).